# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **BRENT RILEY NUGENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MELINDA CAMUS**, *Associate Dean of Auburn University's College of Veterinary Medicine*,<br><br>**CALVIN JOHNSON**, *Dean of Auburn University's College of Veterinary Medicine*,<br><br>**CHRISTOPHER ROBERTS**, *President of Auburn University*, **and**,<br><br>**AUBURN UNIVERSITY**,<br><br>*Defendants*. | **CIVIL ACTION NO.**<br>**3:25-cv-00170-TES-CWB** |

## ORDER ADOPTING THE RECOMMENDATION
## OF THE MAGISTRATE JUDGE

Before the Court is a Recommendation (Doc. 34) from the Magistrate Judge assigned to this case regarding Auburn University's Motion to Dismiss (Doc. 25). Auburn's motion seeks its dismissal as a party based on immunity under federal and state law. *See generally* (Doc. 25). Plaintiff Brent Riley Nugent concedes that Auburn should be dismissed as a party, and no party filed an objection to the Recommendation. (Doc. 29, p. 1). The Court's review is thus limited to whether any portion of the

Recommendation is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A).

Upon review, the Court **ADOPTS** the Recommendation (Doc. 34) and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Auburn University's Motion to Dismiss (Doc. 25) and **DISMISSES** Plaintiff's claims against it **with prejudice**.[1]

**SO ORDERED**, this 15th day of May, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court **DIRECTS** the Clerk of Court to **TERMINATE** Auburn University as a party to this action.

2