IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BRENT RILEY NUGENT,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　　　CASE NO. 3:25-CV-00170-BL-CWB
　　　　　　　　　　　　　　　　　)
MELINDA CAMUS, et al.,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　)

## **ORDER**

On March 6, 2026, the Magistrate Judge recommended that the court deny the Plaintiff's Motion for a Preliminary Injunction (doc. 9), Motion for Expedited Hearing (doc. 12) and Motion to Expedite Ruling on Motion for Preliminary Injunction (doc. 39).  The Magistrate Judge set March 20, 2026, as the deadline for the Platiniff to file objections to the recommendation.  (Doc. 52).  To date, the court has received no objections from the Plaintiff.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to deny the Plaintiff's Motion for a Preliminary Injunction (doc. 9), Motion for Expedited Hearing (doc. 12) and Motion to Expedite Ruling on Motion for Preliminary Injunction (doc. 39).

The court shall issue a separate order addressing the issue of a scheduling conference.

**DONE** and **ORDERED** on this the 23rd day of April, 2026.

_____
**BILL LEWIS**
UNITED STATES DISTRICT JUDGE